459 A.2d 429

**Anne E. HALL**

v.

**GRANITE RUN MALL, Murray H. Goodman, Goodman and Company, and Albert Mestichelli, and Sears, Roebuck & Company.**

**Appeal of GRANITE RUN MALL, Harry H. Goodman, and Goodman and Company.**

Superior Court of Pennsylvania.

Argued Feb. 8, 1983.

Filed April 29, 1983.

James F. Proud, Media, for appellants.

Arnold Justin Bennett, St. Davids, for appellees.

Before BROSKY, CIRILLO and MONTEMURO, JJ.

PER CURIAM:

The contentions raised by the appellants on this appeal have been fully discussed and decided in *Hall v. The Goodman Company, Et al.* and *Hall v. Alfred Mestichelli and Granite Run Mall, Et al.*, 310 Pa.Super. 465, 456 A.2d 1029 (consolidated appeals 1983). For the reasons enunciated in Part II A and B therein, we reverse the trial court's order insofar as it sustained Sears' demurrer to Granite's claim for indemnity and we affirm that part of the trial court's order dismissing Sears as a party in the action against Goodman and Company and Murray H. Goodman.